**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 24, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00267-CV

**ANETRAL  HALL, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee**

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1180654**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed April 1, 2022. On May 5, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Wilson.